URIAH G. DOUGLASS, Appellant, *v.* AARON W. PRATT, Respondent.

(Argued January 13, 1875; decided May term, 1875.)

OPINION not handed down.

*A. K. Potter* for the appellant.

*F. A. Macomber* for the respondent

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.